# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>ALAYH YOMAR MORALES (1),<br><br>                    Defendant. | CASE NO. 14CR2945-LAB<br><br>**JUDGMENT OF DISMISSAL** |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**_X_**  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____  the Court has dismissed the case for unnecessary delay; or

____  the Court has granted the motion of the Government for dismissal, without prejudice; or

____  the Court has granted the motion of the defendant for a judgment of acquittal; or

____  a jury has been waived, and the Court has found the defendant not guilty; or

____  the jury has returned its verdict, finding the defendant not guilty;

**_X_**  of the offense(s) as charged in the Indictment/Information:

21:952 and 960 - Importation of Methamphetamine (Felony)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 10/30/2014

William V. Gallo
U.S. Magistrate Judge